WILLIAM SMITH, Appellant, *v.* CITY OF ALBANY, Respondent.

Submitted January 6, 1941; decided January 7, 1941.

*James J. McGuiness, Corporation Counsel (Ralph S. Leonard* of counsel), for motion.

*Nathan H. Richman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.

In the Matter of the General Assignment for the Benefit of Creditors of LONG ISLAND SASH AND DOOR CORPORATION.

CITY OF NEW YORK, Appellant; UNITED STATES OF AMERICA, Respondent.

Submitted January 6, 1941; decided January 7, 1941.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto after the words " affirmed, without costs," the following: " upon the sole ground that the provisions of section 3466 of the United States Revised Statutes create in the United States of America a priority superior to that enjoyed by the city of New York, and upon no other grounds." (See 284 N. Y. 713.)